# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1039**                                **September Term, 2023**

FERC-ER23-2443-002
FERC-ER23-2443-001

**Filed On: April 17, 2024** [2049960]

Michigan Electric Transmission Company, LLC,

      Petitioner

  v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Consolidated with 24-1084

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases are hereby consolidated. Newly consolidated case 24-1084 is hereby held in abeyance pending further order of the court. The deadlines for filing initial submissions and motions to govern future proceedings established in the court's order filed April 10, 2024, remains in effect.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                BY:    /s/
                                                       Erica M. Thorner
                                                       Deputy Clerk