**IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Michigan Electric Transmission Company, LLC, | ) ) ) | |
| Petitioner, | ) ) | Case Nos. 24-1039, 24-1084 (consolidated) |
| v. | ) ) | |
| Federal Energy Regulatory Commission, | ) ) ) | |
| Respondent. | ) | |

**JOINT MOTION OF MICHIGAN PUBLIC POWER AGENCY, WOLVERINE POWER SUPPLY COOPERATIVE, INC. AND MIDCONTINENT INDEPENDENT SYSTEM OPERATOR, INC. FOR LEAVE TO FILE SEPARATE INTERVENOR BRIEFS**

Pursuant to this Court's Order issued on May 20, 2024, the Michigan Public Power Agency ("Power Agency"), Wolverine Power Supply Cooperative, Inc. ("Wolverine"), and Midcontinent Independent System Operator, Inc. ("MISO"), intervenors in the captioned consolidated proceedings, respectfully move for leave to file two separate intervenor briefs if, following review of Petitioner's initial brief, intervenors determine that their positions are not aligned. This Court's May 20, 2024 Order directed intervenors to show cause why they should not be limited to one joint brief as is generally contemplated by Circuit Rule 28(d)(4), which

provides for consolidated briefing by intervenors on the same side, to the extent practicable.

The issues raised in this proceeding relate to the right to own new transmission facilities that will interconnect to existing transmission facilities that are jointly owned by Power Agency, Wolverine, and Petitioner. Petitioner's preliminary list of issues involve FERC's interpretation of aspects of MISO's Transmission Owners Agreement, and certain separate Transmission Ownership and Operating Agreements between Petitioner and intervenors Power Agency and Wolverine, respectively.

Power Agency, Wolverine, and Petitioner are each transmission-owning members of MISO. Power Agency and Wolverine, who are similarly situated entities with interests that are aligned in this proceeding, intend to prepare and file a joint brief. However, as MISO explained in its Motion to Intervene in this proceeding, MISO is a regional transmission organization with a duty to act independently of its members. Although MISO, Power Agency, and Wolverine may agree on certain of the ultimate holdings in the proceeding below, MISO is not similarly situated to Power Agency or Wolverine. MISO does not own transmission facilities and is not a party to the Transmission Ownership and Operating Agreements between Petitioner and intervenors Power Agency and Wolverine, respectively. MISO's rights will not be affected by the outcome of this proceeding

in the same way as will Power Agency's and Wolverine's. It is therefore possible that MISO's position(s) will not align in all respects with Power Agency and Wolverine's, particularly with respect to matters involving interpretation of MISO's Transmission Owners Agreement. Further, MISO does not anticipate taking a position on FERC's interpretation of the agreements between Petitioner and Power Agency and Wolverine, to which MISO is not a party. Therefore, it is unlikely that granting this motion will result in repetitious submissions.

## CONCLUSION

WHEREFORE, for the reasons set forth above, intervenors Power Agency, Wolverine, and MISO respectfully move the Court for leave to file two separate intervenor briefs if, following review of Petitioner's initial brief, intervenors determine that Power Agency and Wolverine's position(s) are not aligned with MISO's position(s).

Respectfully submitted,

*/s/ Debra D. Roby*
Alan I. Robbins
Debra D. Roby
Thomas B. Steiger III
Washington Energy Law LLP
900 17th St NW, Suite 500-A
Washington, D.C. 20006
Telephone: (202) 326-9313
E-mail: arobbins@washingtonenergylaw.com
droby@washingtonenergylaw.com
tsteiger@washingtonenergylaw.com

*Counsel to Michigan Public Power Agency*

Neil H. Koslowe
Michael J. Rustum
Potomac Law Group, PLLC
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, DC 20006
Telephone: (202) 320-8907
E-mail:
nkoslowe@potomaclaw.com
mrustum@potomaclaw.com

*Counsel for Wolverine Power Supply Cooperative, Inc.*

Christopher Supino
Managing Senior Corporate Counsel
Midcontinent Independent
System Operator, Inc.
720 City Center Drive
Carmel, Indiana 46032
Telephone: (317) 249-5400
E-mail: csupino@misoenergy.org

Ilia Levitine
Duane Moths LLP
901 New York Avenue, N.W.
Suite 700 East
Washington, DC 20001
Telephone: (202) 776-5218
E-mail: ILevitine@duanemorris.com

*Attorneys for the Midcontinent Independent System Operator, Inc.*

Dated: June 4, 2024

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Michigan Electric Transmission Company, LLC, | ) ) ) | |
| Petitioner, | ) ) | Case Nos. 24-1039, 24-1084 (consolidated) |
| v. | ) ) | |
| Federal Energy Regulatory Commission, | ) ) ) | |
| Respondent. | ) | |

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this motion complies with Fed. R. App. P. 27(d)(1)(E), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 493 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface in Times New Roman 14-point font using Microsoft Word.

/s/ Debra D. Roby
Alan I. Robbins
Debra D. Roby
Thomas B. Steiger III
Washington Energy Law LLP
900 17th St NW, Suite 500-A
Washington, D.C. 20006
Telephone: (202) 326-9313
E-mail: arobbins@washingtonenergylaw.com
droby@washingtonenergylaw.com
tsteiger@washingtonenergylaw.com

*Counsel to Michigan Public Power Agency*

Dated: June 4, 2024

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Michigan Electric Transmission Company, LLC, | ) ) ) | |
| Petitioner, | ) ) | Case Nos. 24-1039, 24-1084 (consolidated) |
| v. | ) ) | |
| Federal Energy Regulatory Commission, | ) ) ) | |
| Respondent. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Rule 25 of the Rules of Appellate Procedure and Circuit Rule 25,

I hereby certify that on June 4, 2024, I caused the foregoing document to be served

electronically through the Court's CM/ECF System.

> */s/ Debra D. Roby*
> Alan I. Robbins
> Debra D. Roby
> Thomas B. Steiger III
> Washington Energy Law LLP
> 900 17th St NW, Suite 500-A
> Washington, D.C. 20006
> Telephone: (202) 326-9313
> E-mail: arobbins@washingtonenergylaw.com
> droby@washingtonenergylaw.com
> tsteiger@washingtonenergylaw.com
>
> *Counsel to Michigan Public Power Agency*